**Order entered March 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01099-CR

**ANTOINE DOMINIC POWELL II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75327-P**

## ORDER

Before the Court is appellant's motion to supplement the record and reset the briefing schedule. Specifically, appellant asks that we order a supplemental reporter's record to include an exhibit offered and admitted on May 8, 2019.

During the May 2019 hearing on appellant's guilty plea, the State offered appellant's judicial confession and stipulation of evidence; in volume 2 of the reporter's record, the court reporter notes the document was "retained in the Court's jacket." Our review shows that this document is in the clerk's record filed

on December 27, 2019 with the Court.  Therefore, we **DENY** appellant's motion to the extent he requests a supplemental record with this document.

We **GRANT** appellant's motion to the extent he requests additional time to review the record and file his brief. We **ORDER** appellant's brief due on or before April 3, 2020.

/s/    LANA MYERS
JUSTICE